UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AVANATH FEDERAL WAY, LLC,

                Plaintiff,

v.

SUSAN M. HAZARD, et al.,

                Defendants.

CASE NO. C18-0219-JCC

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Only one of the two defendants in this removed action, Susan Hazard, submitted an application to proceed *in forma pauperis* (IFP). (*See* Dkt. 1.) The Court is unable to consider the IFP request without financial status information from both defendants.[1] Within **twenty (20) days** of the date of this Minute Order, defendants must either pay the filing fee or submit a qualifying IFP application from defendant Cecile Freeman. Failure to comply may result in denial of the pending application to proceed IFP and/or dismissal of this matter.

DATED this 23rd day of February, 2018.

                WILLIAM M. MCCOOL, Clerk

              By:  s/ Tomas Hernandez
                    Deputy Clerk

---

[1] This remains true despite the assertion Freeman is "not on [the] lease" at issue. (Dkt. 1 at 1.)

MINUTE ORDER
PAGE - 1